Magistrate Judge Clerks ▸ Passports & IDs: Abdinoor, Roble

| | |
|---|---|
| Office | Seattle |
| Defendant Name | Abdinoor, Roble |
| Received From | Vanessa Pai-Thompson |
| Date | 8/26/2022 |
| Case # | 2:22-mj-00402-MAT-1 |
| Item type? | Passport or identification |
| Item | U.S. Passport |
| Quantity | 1 |
| Passport # | |
| Expiration Date | 2/10/2031 |
| Judgment Date | |
| Notice of Intent | |
| Order Release | |
| Returned to | |
| Return Date | |
| Picked up? | |
| Certified Mail # | |
| Comments/Events | |
| First Letter Index | A |
| Audit | |
| Received by Mag Team? | Yes |
| Fugitive? | No |
| Receipt Number | |
| Label | |
| Barcode | |
| 30 day notice | |
| Inventory date | |
| Inventoried by: | |
| Inventory Notes | |

Version: 2.0
Created at 8/26/2022 11:19 AM by Martin Valencia
Last modified at 8/26/2022 12:55 PM by Andy Quach